■ Thomas Tasseff et al., Appellants, v Nussbaumer & Clarke, Inc., Respondent. (Appeal No. 2.) [748 NYS2d 79] —Appeal from an order of Supreme Court, Erie County (Makowski, J.), entered September 17, 2001, which denied plaintiffs' motion to reargue.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Empire Ins. Co. v Food City,* 167 AD2d 983, 984). Present—Pine, J.P., Hayes, Kehoe, Gorski and Lawton, JJ.